UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JEROME J. FERRIER,**

    **Plaintiff,**

**v.**                                        Case No. 5:19cv29-TKW-MJF

**AMANDA WILKES,**

    **Defendant.**

_____/

# ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 16) and the objections filed by Plaintiff (Doc. 19). Based on my de novo review of the issues raised in the objections, I agree with the magistrate judge that Plaintiff's amended complaint fails to state a claim upon which relief can be granted because he cannot show any actual, non-speculative injury resulting from Defendant's alleged loss of the DVDs containing discovery materials from his criminal case. Accordingy, it is

    **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    Plaintiff's amended complaint (Doc. 15) is **DISMISSED with prejudice** pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) and §1915A(b)(1).

3. The Clerk shall close the file.

**DONE and ORDERED** this 27th day of December, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**